ACCEPTED
06-14-00225-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/13/2015 4:07:49 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 06-14-00225-CR
CAUSE NO. 06-14-00226-CR
CAUSE NO. 06-14-00227-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/13/2015 4:07:49 PM

DEBBIE AUTREY
Clerk

THE COURT OF APPEALS
FOR THE SIXTH JUDICIAL DISTRICT
AT TEXARKANA

_____

ELIZABETH MENDOZA
APPELLANT,

V.

THE STATE OF TEXAS,
APPELLEE.

_____

CRIMINAL DISTRICT COURT #6
DALLAS COUNTY, TEXAS
NO. F12-61870-X; F13-34344-X; F13-40734-X

_____

# APPELLANT'S BRIEF

_____

BRUCE ANTON
STATE BAR NO. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 - fax
ba@sualaw.com

Attorney for Appellant

# TABLE OF CONTENTS

**TABLE OF CONTENTS** ...................................................................................... **ii**

**IDENTITY OF PARTIES AND COUNSEL** ........................................................ **iii**

**INDEX OF AUTHORITIES** ........................................................................**iv-vi**

**PROCEDURAL STATEMENT OF THE CASE (CHRONOLOGY)** ...................................................................................... **vii**

**STATEMENT OF FACTS** ............................................................................**1**

**POINT OF ERROR NUMBER ONE** ................................................................**2**

    **Relevant Facts** ...............................................................................**2**
    **Reformation of Judgment** ................................................................**2**

**PRAYER** ...................................................................................................**2**

**CERTIFICATE OF SERVICE** .......................................................................**3**

# IDENTITIES OF PARTIES

APPELLANT                                       Elizabeth Mendoza

DEFENSE COUNSEL AT TRIAL                         Winston Shepherd
                                                Roger Lennox

APPELLANT'S ATTORNEY ON APPEAL Bruce Anton
                                                Sorrels, Udashen & Anton
                                                2311 Cedar Springs Rd #250
                                                Dallas, Texas 75201

STATE'S ATTORNEYS AT TRIAL                       Josh Healy
                                                Brandi Mitchell
                                                Jody Warner
                                                Kenna Miller
                                                Caitlin Paver
                                                Assistant District Attorney
                                                133 N. Riverside Drive
                                                Dallas, Texas 75207

STATE'S ATTORNEY ON APPEAL                       not yet designated

JUDGE                                            Honorable Anthony Randall
                                                Magistrate Judge
                                                Honorable Dorothy Shead
                                                Magistrate Judge
                                                Honorable Jeanine Howard
                                                Criminal District Court #6
                                                Dallas County, Texas

# INDEX OF AUTHORITIES

**<u>CASES</u>**                                                               **<u>PAGE</u>**

*Asberry v. State,* 813 S.W.2d 526, 529 (Tex.App.-Dallas 1991, pet. ref'd)………2

*Bigley v. State,* 865 S.W.2d 26, 27–28 (Tex.Crim.App.1993)……………………2

*Christian v. State* _S.W.3d_, 2013 WL 5969565 (Tex.App.-Dallas,2013)……….2

*Ramirez v. State,* 336 S.W.3d 846, 852 (Tex.App.-Amarillo 2011, pet. ref'd)……2

# CODES AND RULES

Tex.R.App. P. 43.2(b) ........................................................................................6

# PROCEDURAL STATEMENT OF THE CASE
## (CASE CHRONOLOGY)
## F12-61870-X

| | |
|---|---|
| CHARGE | Aggravated assault w/deadly weapon<br>Offense date: October 27, 2012<br>Arrest date: October 27, 2012<br>Indictment: November 26, 2012<br>(CR.13) |
| PLEA | Guilty (RR2.8)<br>May 2, 2013 |
| PLEA BARGAIN | 2 years deferred probation (CR.35) |
| JURY WAIVED | (CR.35-36) |
| JUDGMENT AND SENTENCE | May 22, 2013(CR.40-41) |
| MOTION TO ADJUDICATE | Filed September 10, 2014 (CR.47-48,53-53)<br>Heard November 13, 2014 |
| PLEA | True (CR.60-61,RR5.8) |
| VERDICT ON PUNISHMENT | 6 years TDC (RR5.19) |
| JUDGMENT AND SENTENCE | November 13,2014 (CR.56-57) |
| MOTION FOR NEW TRIAL | Filed November 18, 2014 (CR.63) |
| NOTICE OF APPEAL | November 18, 2014 (CR.62) |

# PROCEDURAL STATEMENT OF THE CASE
## (CASE CHRONOLOGY)
### F13-34344-X

CHARGE

Possession of controlled substance
Less than 1 gram
Offense date: March 18, 2014
Arrest date: April 16, 2014
Indictment: May 2, 2014(CR.7)

MOTION TO REDUCE CHARGE
TO ATTEMPTED POSSESSION

July 2, 2014(CR.27)

PLEA

Guilty (CR.19)
July 2, 2014

PLEA BARGAIN

10 months deferred probation (CR.19)

JURY WAIVED

July 2, 2104 (CR.19)

JUDGMENT AND SENTENCE

July 2, 2014(CR.21-22)

MOTION TO ADJUDICATE

Filed September 10, 2014(CR.36)
Heard November 13, 2014

PLEA

True (CR. 44,RR5.8)

VERDICT ON PUNISHMENT

1 year county jail(RR5.19)

JUDGMENT AND SENTENCE

November 13,2014 (CR.38-39)

MOTION FOR NEW TRIAL

Filed November 18, 2014 (CR.46)

NOTICE OF APPEAL

November 18, 2014 (CR.47)

# PROCEDURAL STATEMENT OF THE CASE
## (CASE CHRONOLOGY)
### F13-40734-X

| | |
|---|---|
| CHARGE | Unauthorized use of a motor vehicle<br>Offense date: April 10, 2012<br>Arrest date: April 10, 2012<br>Indictment: waived (CR.11) |
| PLEA | Guilty<br>May 2, 2013(RR2.8) |
| PLEA BARGAIN | 2 years deferred probation (CR.25) |
| JURY WAIVED | (CR.25) |
| JUDGMENT AND SENTENCE | May 22, 2013 (CR.34-35) |
| MOTION TO ADJUDICATE | Filed September 10, 2014(CR.40-41,47-48)<br>Heard November 13, 2014 |
| PLEA | True (RR5.8) |
| VERDICT ON PUNISHMENT | 10 months State jail (RR5.20) |
| JUDGMENT AND SENTENCE | November 13,2014 (CR.50-51) |
| MOTION FOR NEW TRIAL | Filed November 18, 2014(CR.55) |
| NOTICE OF APPEAL | November 18, 2014(CR.56) |

## STATEMENT OF FACTS

Elizabeth Mendoza, the appellant, was placed on probation for three separate offenses: aggravated assault with a deadly weapon, unauthorized use of a motor vehicle, and attempted possession of a controlled substance. Subsequently, the State moved to adjudicate her guilt on these offenses. Mendoza entered a plea of true to the violations in each offense and proceeded without benefit of a plea bargain. (RR5.8) After hearing testimony from Ms. Mendoza, the court revoked her probation and assessed the following punishments: in Cause No. F12-61870-X, 6 years confinement in TDC for the offense of aggravated assault; in Cause No. F13-40734-X 10 months confinement in State jail for the offense of unauthorized use of a motor vehicle; and in Cause No. F13-34344-X 10 months in the county jail for the offense of attempted possession of a controlled substance. (RR5.19-20) These appeals are taken therefrom.

## POINT OF ERROR NUMBER ONE

**THE JUDGMENTS AND SENTENCES IN EACH CAUSE INCORRECTLY STATE THAT APPELLANT ENTERED INTO A PLEA BARGAIN AGREEMENT.**

### Relevant Facts

Appellant Mendoza was charged in three causes: aggravated assault with a deadly weapon, unauthorized use of a motor vehicle, and attempted possession of a controlled substance. Although Mendoza entered into plea agreements for probation

1

in each cause, when the State moved to adjudicate her guilt, she entered pleas of true without benefit of a plea bargain. Nonetheless, the judgments and sentences reflect that the sentences were based upon agreed pleas.

## Reformation of Judgment

Appellate courts have the power to modify the judgment of the trial court to make the record speak the truth when the court has the necessary information to do so. Tex.R.App. P. 43.2(b). *Ramirez v. State,* 336 S.W.3d 846, 852 (Tex.App.-Amarillo 2011, pet. ref'd) (citing *Bigley v. State,* 865 S.W.2d 26, 27–28 (Tex.Crim.App.1993)). Appellate courts have the power to reform whatever the trial court could have corrected by a judgment nunc pro tunc where the evidence necessary to correct the judgment appears in the record. *Asberry v. State,* 813 S.W.2d 526, 529 (Tex.App.-Dallas 1991, pet. ref'd). The power to reform a judgment is "not dependent upon the request of any party, nor does it turn on the question of whether a party has or has not objected in the trial court." *Id.* at 529–30. This includes the power to correct an incorrect statement of the existence of a plea bargain. Compare *Christian v. State* ___S.W.3d___, 2013 WL 5969565 (Tex.App.-Dallas,2013).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will reform the judgment in this case.

Respectfully Submitted,

  /s/  Bruce Anton
BRUCE ANTON
State Bar No. 01274700
Sorrels Udashen & Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 facsimile

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's brief was served on District Attorney of Dallas County via email to dcdaappeals@dallascounty.org on the 13th day of April, 2015.

  /s/  Bruce Anton
BRUCE ANTON

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(3), undersigned counsel certifies that this brief complies with:

1. the type-volume limitation of TEX. R. APP. P. 9.4(i)(2)(B) because this brief contains 896 words, excluding the parts of the brief exempted by TEX. R. APP. P. 9.4(i)(1).

2. the typeface requirements of TEX. R. APP. P. 9.4(e) and the type style requirements of TEX. R. APP. P. 9.4(e) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2011 in 14-point Times New Roman.

  /s/  Bruce Anton
BRUCE ANTON